1  JOHN S. PERKINS, SBN 47058
   LAW OFFICES OF JOHN S. PERKINS
2  75 E. Santa Clara Street, Suite 1400
   San Jose, California 95113
3  Telephone:  (408) 286-2700
   Facsimile:   (408) 947-4333
4
   Attorney for Plaintiffs                                    *E-FILED - 1/29/09*
5

6

7

8                        UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

10

11  KIMBERLY A. BROCKINGTON, also          Case No.  C08-05795 RMW
    known as KIMBERLY A. SCHATZ, and
12  LALLY BROCKINGTON,
                                           STIPULATION AND [PROPOSED]
13                 Plaintiffs,             ORDER CONTINUING MOTION TO
                                           DISMISS THE COMPLAINT FOR
14      vs.                                FAILURE TO STATE A CLAIM

15  J. P. MORGAN CHASE BANK N.A., a        DATE: February 13, 2009
    National Banking Association, NDEX     TIME: 9:00 a.m.
16  WEST, LLC, a Texas Limited Liability   CTRM: 6, 4th Floor
    Company, and DOES 1 to 20, inclusive,  JUDGE: Hon. Ronald M. Whyte
17
                   Defendants.
18

19

20        Pursuant to an agreement to continue the hearing date reached between the attorney for

21  plaintiffs and the attorney for defendant, J.P. Morgan Chase Bank, N.A., IT IS HEREBY

22  STIPULATED AND AGREED that the Motion to Dismiss the Complaint for Failure to State a

23  Claim be continued to March 20, 2009, at 9:00 a.m.

24        IT IS FURTHER AGREED THAT THE PARTIES HEREBY STIPULATE to the

25  granting and extension of the Temporary Restraining Order previously ordered by the State

26  Court, and that plaintiffs' Motion for Preliminary Injunction filed in State Court on November

27  21, 2008 will be heard in this court, also on March 20, 2009, at 9:00 a.m.

28

                                            1

1

## DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from S. Christopher Yoo.

Dated: January 23, 2009.                     LAW OFFICES OF JOHN S. PERKINS

                                             By ____/s/ John S. Perkins_____
                                                 John S. Perkins
                                                 Attorney for Plaintiffs
                                                 KIMBERLY BROCKINGTON and
                                                 LALLY BROCKINGTON

Dated: January 23, 2009.                     ADORNO YOSS ALVARADO & SMITH

                                             By ____/s/ S. Christopher Yoo_____
                                                 S. Christopher Yoo
                                                 Attorneys for Defendant
                                                 J.P. MORGAN CHASE BANK, N.A.

## [~~PROPOSED~~] ORDER

### PURSUANT TO STIPULATION, IT IS ORDERED:

1.    That defendant J.P. Morgan Chase Bank, N.A.'s Motion to Dismiss the Complaint for Failure to State a Claim is hereby continued to March 20, 2009, at 9:00 a.m.

2.    That plaintiffs' previously filed State Court Motion for Issuance of a Preliminary Injunction Staying Foreclosure of plaintiffs' real property shall also be heard in this court on March 20, 2009, at 9:00 a.m.

3.    That pending said hearings, defendants, and each of them, and their officers, agents, employees, representatives, and all persons acting in concert or participating with them, are restrained and enjoined from engaging in or performing, directly or indirectly, any and all of the following acts:

    a.    Proceeding with a judicial foreclosure and sale of plaintiffs' real property commonly known as 4939 Arundel Court, San Jose, California 95136 (the Property).

2

b.    Interfering in any way with plaintiffs' right to possession or quiet enjoyment of the Property.  However defendants may contact plaintiffs or their counsel to discuss loan workouts.

Dated: ___1/29/08_____

*Ronald M. Whyte*

Honorable Ronald M. Whyte
United States District Judge

3

STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION TO DISMISS THE COMPLAINT