\*\* **E-Filed July 2, 2009** \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KIMBERLY A. BROCKINGTON, also known as KIMBERLY A. SCHATZ, and LALLY BROCKINGTON,<br><br>        Plaintiffs,<br>  v.<br><br>J.P. MORGAN CHASE BANK N.A., a National Banking Association, NDEX WEST, LLC, a Texas Limited Liability Company, and DOES 1 to 20, inclusive,<br><br>        Defendants.<br>_____/ | No. C08-05795 RMW (HRL)<br><br>**ORDER CONTINUING MOTIONS TO COMPEL AND FOR SANCTIONS**<br><br>**[Re: Docket Nos. 36, 38]** |

Plaintiffs moved to compel further discovery and for sanctions for the cost of bringing forth the motion. The defendants have not filed oppositions to the motions. On July 1, 2009, District Court Judge Ronald M. Whyte issued an order granting defendants' Motion to Dismiss, including the dismissal with prejudice of plaintiff Lally Brockington. (Docket No. 53.) Good cause appearing, on the court's own motion, the July 28, 2009 hearing on plaintiffs' motions to compel discovery and for sanctions is continued to **August 25, 2009 at 10:00 a.m. in Courtroom 2**, United States District Court, 280 South First Street, San Jose, California.

**IT IS SO ORDERED.**

Dated: July 2, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **Notice has been electronically mailed to:**

2  Edward A Treder            edwardt@bdftw.com, elizabgo@bdftw.com
   John M. Sorich             jsorich@adorno.com
3  John Stuart Perkins        johnsperkins@sbcglobal.net
   Sung-Min Christopher Yoo   cyoo@adorno.com, vdelgado@asands.com
4

5  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California