1  EDWARD A. TREDER
   State Bar No. 116307
2  BARRETT DAFFIN FRAPPIER
3  TREDER & WEISS, LLP
   917 S. Village Oaks Drive, Suite 200
4  Covina, California 91724
   (626) 915-5714 – Phone
5  (626) 915-0289 – Fax
6  edwardt@bdftw.com

7  Attorneys for Defendant NDEx WEST, LLC          *E-FILED - 7/8/09*
8

9            UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY A. BROCKINGTON, also known as KIMBERLY A. SCHATZ, and LALLY BROCKINGTON,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>JP MORGAN CHASE BANK N.A., a National Banking Association, NDEX WEST, LLC, a Texas Limited Liability Company, and DOES 1 TO 20, inclusive,<br><br>                    Defendants. | CASE NO. C08-05795 RMW<br><br>[] ORDER RE STIPULATION OF NON-MONETARY STATUS OF DEFENDANT NDEx WEST, LLC<br><br>[NO HEARING REQUIRED] |

The Stipulation of Non-Monetary Status by and between Plaintiffs KIMBERLY A. BROCKINGTON, also known as KIMBERLY A. SCHATZ, and LALLY BROCKINGTON and Defendant NDEx WEST, LLC, the pertinent parts of which are set forth below, is hereby approved.

[] ORDER RE STIPULATION OF NON-MONETARY STATUS OF DEFENDANT NDEx WEST, LLC
-1-

Plaintiffs do not assert any claims for monetary relief against Defendant NDEx WEST, LLC, and their Complaint does not allege any misconduct on its part in the performance of its duties and/or in its handling of the non-judicial foreclosure as agent for the mortgage lender(s) and/or as successor trustee under the subject Deed of Trust. Defendant NDEx WEST, LLC shall have no liability to plaintiffs for any monetary damages, attorney's fees or costs of suit.

Defendant NDEx WEST, LLC shall be bound by any non-monetary judgment or order that may be entered by the Court concerning (a) ownership and title to the subject real property, (b) the validity, enforceability and priority of the subject Deed of Trust, and/or (c) the non-judicial foreclosure proceeding.

GOOD CAUSE APPEARING, IT IS SO ORDERED:

Dated: 7/7/09



HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

[] ORDER RE STIPULATION OF NON-MONETARY STATUS OF DEFENDANT NDEx WEST, LLC
-2-