1

2

3

4                                                      **E-FILED on**  8/4/09

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12   KIMBERLY A. BROCKINGTON, also          No. C-08-05795 RMW
     known as KIMBERLY A. SCHATZ, and
13   LALLY BROCKINGTON,

14             Plaintiffs,

15         v.                                ORDER GRANTING PLAINTIFFS'
                                             MOTION TO REMAND
16   J.P. MORGAN CHASE BANK, N.A., a
     National Banking Association, NDEX
17   WEST, LLC, a Texas Limited Liability    **[Re Docket No. 34]**
     Company, and DOES 1 to 20, inclusive,
18
               Defendants.
19

20         On July 31, 2009, the court heard plaintiffs' motion to remand this action to the Santa Clara

21   County Superior Court.  Defendant J.P. Morgan Chase Bank N.A. opposes the motion. Having

22   considered the papers submitted by the parties and the arguments of counsel, and for good cause

23   appearing, the court grants plaintiffs' motion to remand.

24         Plaintiffs' first amended complaint abandoned all federal causes of action and plaintiff

25   therefor sought an order remanding the action to Superior Court.  In the parties' initial briefing,

26   neither side addressed whether the court had diversity jurisdiction over this action and the court

27   directed the parties to file supplemental briefs.  Thereafter, plaintiffs filed their second amended

28   complaint which added a non-diverse party.

ORDER GRANTING PLAINTIFFS' MOTION TO REMAND—No. C-08-05795 RMW
TER

**United States District Court**
For the Northern District of California

1       Accordingly, the under the present operative pleading, there is no federal question

2   presented and the parties are not diverse.  While it appears that the new defendants were added in

3   large part for the purpose of defeating diversity jurisdiction, it also appears that plaintiff may have

4   viable claims against them arising out of the same transaction, facts and circumstances.

5       The action was properly removed by defendants based on the federal question then

6   presented by the pleadings.  Thus, the court has the discretion to exercise its supplemental

7   jurisdiction to hear the remaining state law claims, even though the complaint, as presently

8   framed, could not have been brought in federal court.  The court also has discretion, however, to

9   decline to exercise its supplemental jurisdiction to hear such claims.  28 U.S.C. §1367(c)(3);

10  *Williams v. Costco Wholesale Corp.*, 471 F.3d 975, 977 (9th Cir. 2006).  This case is still in its

11  early stages, the pleadings are not yet closed, and the claims to be litigated are all state law claims.

12  Accordingly, the court will exercise its discretion and remand this action to the Santa Clara

13  County Superior Court.

14      IT IS HEREBY ORDERED that this action is remanded to the Superior Court for the State

15  of California, County of Santa Clara.

16      The clerk is directed to close the file.

17

18

19  DATED:      8/4/09                                   *Ronald M Whyte*

20                                                      RONALD M. WHYTE
                                                        United States District Judge

21

22

23

24

25

26

27

28

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

John Stuart Perkins          johnsperkins@sbcglobal.net

**Counsel for Defendants:**

John M. Sorich              jsorich@adornocom
S. Christopher Yoo          cyoo@adorno.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**      8/4/09                                    TER
                                             **Chambers of Judge Whyte**

United States District Court
For the Northern District of California

ORDER GRANTING PLAINTIFFS' MOTION TO REMAND—No. C-08-05795 RMW
TER                                                    3